UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-cv-20837-UU

WINDY LUCIUS,

    Plaintiff,

v.

TILLY'S, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff Windy Lucius ("Plaintiff") respectfully submits this Notice of Settlement, and informs the Court as follows:

1.    Plaintiff has reached an agreement with Defendant Tilly's, Inc. ("Defendant") to resolve the claims against it.

2.    The parties are in the process of finalizing a confidential settlement agreement and will be filing a Stipulation of Dismissal shortly.

        Respectfully submitted,

        */s/ J. Courtney Cunningham*
        J. Courtney Cunningham, Esq.
        J. COURTNEY CUNNINGHAM, PLLC
        FBN: 628166
        8950 SW 74th Court, Suite 2201
        Miami, FL 33156
        T:  305-351-2014
        cc@cunninghampllc.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
